UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| ORDER FOR SELECTION | ) | |
| OF 2017 GRAND JURORS | ) | Misc. No. 1:16-MC-35 |
| FOR ASHEVILLE DIVISION | ) | |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Asheville master jury wheel 125 names and draw from the Bryson City master jury wheel 125 names for potential service as 2017 GRAND JURORS for the United States District Court, Western District of North Carolina Asheville Division. The first appearance of these Grand Jurors is scheduled for Tuesday, February 7, 2017 at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including six regular terms of court convening on February 7, 2017; April 4, 2017; June 6, 2017; August 1, 2017; October 3, 2017; and December 5, 2017; and any additional sessions or dates which may be required.

This the 6th day of December, 2016.

Frank D. Whitney
Chief United States District Court Judge